**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANK NELLOM on behalf of** | : | |
| **JADEN AND JULIAN NELLOM,** | : | |
| **Petitioners,** | : | |
| **v.** | : | **HABEAS CORPUS ACTION** |
| | : | |
| **JAMES KENNEY, MAYOR,** | : | |
| **KIMBERLY ALI, COMMISSIONER** | : | |
| **CITY OF PHILADELPHIA** | : | |
| **DEPARTMENT OF HUMAN SERVICES,** | : | |
| **Respondents,** | : | **NO. _____** |

<u>**PETITION FOR WRIT OF HABEAS CORPUS**</u>

**TO THE HONORABLE EDUARDO C. ROBRENO:**

Frank Nellom representing children Jaden and Julian Nellom belonging to the King, Sharp, Adams, and Nellom family. Were illegally taken into custody under pretense of being dependent, and falsely confined in 2011. By a Philadelphia law Department Attorney placing false statements, and a law in the attached Dependency Petitions that deceived the Family Court. See Petition for writ of Habeas Corpus with the Dependency Petition, and Phone Record proving the falsity. **(Exhibit A)**.

**1.** In 2012 DHS used the same illegal process to obtain custody of Jaden and Julian Nellom, and was able to maintained custody since. By not providing me or any of my family members notice of any Dependency Petition or proceedings.

**2.** On March 4, 2022, Carolyn Alexander DHS PERMANENCY UNIT blew the whistle by providing this compelling evidence in an Email:

Good Morning. We would like to schedule a meeting with you and Jaden's legal team to discuss how 'formal' contacts could be arranged. Jaden, reached out to you, upon locating you on social media.  **It is for Jaden's emotional well being that we are willing to reach out to his biological family to discuss re-connections**, in a positive way. I have contacted the other parties to obtain the best date/time, to offer a 'in-person' meeting with you. **(Exhibit B).**

**3.** Contact not being sought until ten years later violate the following laws that speak for themselves:

a. **42 Pa. C.S. § 6301**. **(a)"Juvenile Act." (b) Purposes**. **(1) To preserve the unity of the family whenever possible** or to provide another alternative permanent family when the unity of the family cannot be maintained.

b. **18 Pa. C.S. § 4904. Unsworn falsification to authorities**. (a) In general.--A person commits a misdemeanor of the second degree if, with intent to mislead a public servant in performing his official function, he: (1) makes any written false statement which he does not believe to be true; (2) submits or invites reliance on any writing which he knows to be forged, altered or otherwise lacking in authenticity.

**4.** DHS Officials made the following false statements in Dependency Petition to deceive the Family Court:

a. Stated this law in paragraph No. 6: **23 Pa.C.S. § 6303(b)(1)** that does even exist. Therefore, knowingly falsely made to the Court.

b. Stated these words in paragraph: **d**. On June 15, 2011, DHS spoke to the children's maternal grandfather, Frank Nellom. He was unwilling to provide care for the children. Phone record establish the one incoming call on June 15, 2011 was not from DHS. Prove that statement was knowingly falsely made to the Court.

**5.** The United States Supreme Court's held,"It is of no consequence that the falsehood bore upon the witness' credibility rather than directly upon defendant's guilt. A lie is a lie, no matter what its subject, and, if it is in any way relevant to the case, the district attorney has the responsibility and duty to correct what he knows to be false and elicit the truth. . . . That the district attorney's silence was not the result of guile or a desire to prejudice matters little, for its impact was the same, preventing, as it did, a trial

that could in any real sense be termed fair." *Napue v. Illinois, supra*, **@ 270**.  Apply to DHS fabricating statements in Court matters to cover up its own child abuse of illegally taking children from their family in violation of clearly established legislative intent.

<u>**Procedural History**</u>

**6.** On June 24, 2011, matriarch Imani Sharp; Nellom sisters Joyce, Rita, Joann looking to adopt children, and Plaintiff attended the hearing predicated on the falsely fabricated Dependency Petition. Made clear to DHS Officials as long as we lived Jaden and Julian could not be held as dependent.

**6.** On July 29, 2011, Judge Palapinto did not issuing a writ in favor of my family. Resulted in Jaden & Julian Nellom being illegally confined away from us for ten years.

**7.** On February 20, 2022, Jaden did exactly what I did to find biological family in 2009. Typed Nellom in Facebook to find over fifty adult family members including his mother. Who provided me his email to let him know I'm working on getting him out of the illegal confinement he and his brother are suffering.

**8.** On March 4, 2022, Carolyn Alexander DHS Permanency Unit blew the whistle expressing urgency for Jaden and Julian's return to their family as stated.

**9.** On March 13, 2022, petitioned for emergency writ of habeas corpus relief in the Philadelphia Court of Common Pleas for Jaden & Julian and their record to be brought before Judge Daniel Anders on March 15, 2022.  **(Exhibit C).** Exhibits Omitted.

**10.** On March 15, 2022, Judge Anders advised me to wait in the filing room 296. At 9:54 AM communicated that information to DHS Attorney Meagan Mirtenbaum requesting she appear with the children and record for hearing, she did not.  Around

3:30 a Deputy advise Judge Anders was not going to make any decision.

**11.** Establish DHS admission of no defense.  Warrant being brought before this Court to issue writ of habeas corpus for Jaden and Julian Nellom release from DHS custody.

**12.**  The Dependency Petition admits DHS taking custody of healthy, happy, at the time of night sleepy children of a working mother for being **two hours late**. Compelling evidence of hate that must be held unconstitutional.

**13.** Upon this pleading being emailed addressed to the Clerk for filing, and Respondents'. Expect to receive notice from Respondents' by email of a time to pick up Jaden and Julian at Family Court.

**WHEREFORE**, submit family matriarch Imani Sharp, and Ka'sani Nellom your honor allowed to make history in 2014. On January 7, 2022, sat before the Supreme Court of Pennsylvania to listen to oral argument.  Entitled to 42 Pa. C.S. § 6301. (b) Purposes. (1)  To preserve the unity of the family whenever possible. Protection of a writ issue upon the City of Philadelphia to return Jaden and Julian to their family.

Respectfully submitted,

Frank Nellom
1410 72nd Avenue, Apt 314
Philadelphia, PA 19126
267-974-9095
franknellom@outlook.com

Dated: March 20, 2022

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK NELLOM on behalf of** | : |
| **JADEN AND JULIAN NELLOM,** | : |
| Petitioners, | : |
| | :   **HABEAS CORPUS ACTION** |
| v. | : |
| | : |
| **JAMES KENNEY, MAYOR,** | : |
| **KIMBERLY ALI, COMMISSIONER** | : |
| **CITY OF PHILADELPHIA** | : |
| **DEPARTMENT OF HUMAN SERVICES,** | : |
| Respondents, | :   NO. _____ |

<u>**VERIFICATION**</u>

I, Frank Nellom, hereby certify under penalty of perjury that the statements made in the foregoing Petition for writ of Habeas Corpus, and (Exhibits A-C) attached thereto are true and correct to the best of my knowledge, information, and belief.

_____
Frank Nellom
1410 72nd Avenue, Apt 314
Philadelphia, PA 19126
267-974-9095
franknellom@outlook.com

Dated: <u>March 20, 2022</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FRANK NELLOM on behalf of** | : | |
| **JADEN AND JULIAN NELLOM,** | : | |
| Petitioners, | : | |
| | : | **HABEAS CORPUS ACTION** |
| v. | : | |
| | : | |
| **JAMES KENNEY, MAYOR,** | : | |
| **KIMBERLY ALI, COMMISSIONER** | : | |
| **CITY OF PHILADELPHIA** | : | |
| **DEPARTMENT OF HUMAN SERVICES,** | : | |
| Respondents, | : | NO. _____ |

## AFFIDAVIT OF SERVICE

I, Frank Nellom, hereby certify a true and correct copies of the foregoing Petition for Writof Habeas Corpus and (Exhibits A-B) was served upon persons believed to have custody of Jaden and Julian Nellom. Carolyn Alexander DHS Permanency Unit 1515 Arch Street, Philadelphia, PA 19102. Via email: carolyn.r.alexander@phila.gov DHS CELL: 267-734-4896. Alexander's chain of command Benita King Via email: BENITA.M.KING@PHILA.GO; Deputy City Solicitor Meagan Mirtenbaum Via email: Meagan.Mirtenbaum@phila.gov; Kimberly Ali Commissioner Via email: dhs.commissioner@phila.gov.

Frank Nellom
1410 72nd Avenue, Apt 314
Philadelphia, PA 19126
267-974-9095
franknellom@outlook.com

Dated: March 20, 2022

## IN THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
## COURT OF COMMON PLEAS PHILADELPHIA COUNTY
## CIVIL DIVISION

Frank Nellom, andTenisha Nellom on behalf :
of minors Jaden Nellom, and Julien Nellom, :
                      Plaintiffs, :

        v. :
                             :

Nidera Ransom, Pumpkin Play House Child :
Care, Barbara A. Ash, City of Philadelphia :
Chief Deputy Solicitor, Anne Marie :
Ambrose, Commissioner Department of :
Human Services, and unknown name :
DHS Officials, et,al, :
               Defendants, :    No._____

*Filed and Attested by
PROTHONOTARY
26 JUL 2011 01:37 pm
J. EVERS*

## ORDER

**AND NOW**, this __26th__ day of July, 2011, upon consideration of the Plaintiffs'

Emergency petition for writ of habeas corpus, it is hereby **ORDERED** and **DECREED** that:

1. The Emergency Petition is hereby **GRANTED**. Hearing shall be held in City Hall, on

   the __27th__, day of July, 2011, at _____o'clock, in courtroom _____.

2. Nidera Ransom, Pumpkin Play House Child Care Provider, Barbara A. Ash,

   Philadelphia Chief Deputy Solicitor, and Anne Marie Ambrose, Department of

   Human Services Commissioner, are hereby Ordered to appear before this Court with

   the persons responsible for the material statements made in the Dependency

   Petition. To answer as to why phone records show those material statements were

   fabricated to gain custody of these children in violation of 18 Pa.C.S, § 4904.

3. It is further Ordered that the children Jaden, and Julien Nellom are also to be brought

   before this Court on the above indicated date, time, and Courtroom.

**By the Court:**

_____
                                     J.

Case ID: 110702621
Control No.: 11072830

Frank Nellom
520 Keystone Avenue
Darby, PA 19023
888-673-9229-Phone
484-494-4169-Fax
267-670-3098-Mobile
fnellom@fncopro.com

| | |
|---|---|
| Frank Nellom, andTenisha Nellom on behalf : of minors Jaden Nellom, and Julien Nellom, : Plaintiffs, : | IN THE COURT OF COMMON PLEAS PHILADELPHIA COUNTY |
| v. : : | |
| Nidera Ransom,  Pumpkin Play House Child : Care,  Barbara A.  Ash, City of  Philadelphia : Chief Deputy Solicitor, Anne Marie : Ambrose, Commissioner Department of : Human Services, and unknown name : DHS Officials, et,al, : Defendants, : | TRIAL DIVISION-- CIVIL No._____ |

## EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS

To the Hon. Pamela Pryor Dembe, *President Judge*:

COMES NOW, Frank Nellom, on behalf Tenisha Nellom the mother of three year old Jaden Nellom, and nineteen month Julien Nellom demanding an immediate hearing for these children to be released from the unlawful custody of DHS. And submit:

Information from Police Officials, and T-Mobile record of calls made to Frank Nellom on June 15, 2001, prove child care provider Nidera Ransom, along with Philadelphia Department of Human Services (DHS) officials with wicked motive and nefarious design, did in fact, knowingly fabricate material statements as their evidence in the Dependency Petition to deceive the Court into believing the above named children were Dependent as defined by 42 Pa.C.S. §6301. (H)(v)(1), to justify taking custody of these children. These acts were done in violation of 42 Pa.C.S. §6301(1); 18 Pa.C.S. §4904, as well as the Plaintiffs', and children rights to due process and equal protection of law under the Fourteenth Amendment to the United States Constitution, and  Article I, Sec 26., of the Pennsylvania Constitution.

### JURISDICTION

This Court has original jurisdiction pursuant 42 Pa.C.S.A. §931; Pennsylvania Constitution Article 1, Section 20, and  42 Pa.C.S.A 6501, et seq., to entertain this habeas

1

Case ID: 110702621
Control No.: 11072830

corpus action. To determine whether or not evidence demonstrates, 1) standard police procedure, and record of phone calls made to Mr. Frank Nellom on June 15, 2011, prove Day Care Provider Nidera Ransom, and or Philadelphia Department of Human Services (DHS) officials fabricated material statements to make the children appear **Dependent** for the purpose of obtaining custody of them. Making custody of these children by (DHS) unlawful requiring their immediately release, 2) whether or not the claim set forth that (DHS) officials fabricated the evidence submitted to a Court of record under 18 Pa.C.S. §4904, thus, committed a criminal act which warrants, if not, demand this Court's immediate entertainment.

## PARTIES

Plaintiffs' are:  Frank Nellom, maternal grandfather of three year old Jaden Nellom, nineteen month Julien Nellom. Tenisha Nellom is the mother of Jaden, and Julien Nellom. Representing the Nellom and Adams families in totality to whom we belong.

Defendants are:   Nidera Ransom, Pumpkin Play House Child Care provider; Barbara A. Ash, Philadelphia Chief Deputy Solicitor; Anne Marie Ambrose, Commissioner Department of Human Services. And, unknown name (DHS) officials that fabricated the material statements in the Dependency Petition.

## STATEMENT OF THE CASE

1. This is an egregious case of child care provider Nidera Ransom, and DHS officials deliberately fabricating material statements to use as evidence in a Dependency Petition filed in a Court of record to obtain custody of Jaden and Julien Nellom demonstrated as follows: "**[The report further alleged that Jaden and Julian's maternal grandfather, Frank Nellom , was contacted; however, he refused to retrieve the children; that the Philadelphia Police Department was contacted; and that the police officers went to Ms. Nellom's home and no one answered the door. The report is pending determination]."** (See Dependency Petition fax page number 8 of 8, Statement of Facts, Paragraph b, attached as Exhibit A).

2

Case ID: 110702621
Control No.: 11072830

2.  Mr. Nellom contacted Police officials to find out why he was not contacted. Police officials claim standard procedure require them to first verify the child care provider's story about Mr. Nellom refusing to come get his grandchildren being the reason the children were brought there. Police official claim, there job is to investigate the story of anyone that comes in with children.  Therefore, Mr. Nellom would have certainly been contacted. **(Mr. Nellom's phone record for June 15, 2011, Exhibit B)** shows only one incoming call at 3:15AM from Pumpkin Play House Child Care number 215-438-1003, thus, was not contacted as Police officials claim they would have, had they been made aware of the **paragraph b** facts stated by (DHS) officials in their Dependency Petition.

3.  Next, the **(Dependency Petition fax page number 8 of 8, Statement of Facts, Paragraph d., attached as Exhibit A).** Shows the most important material statement of evidence used to obtain custody of the children was fabricated as follows: **"[On June 15, 2011, DHS spoke to the children's maternal grandfather, Frank Nellom, He was unwilling to provide care for the children]."** Whereas **(Exhibit B)** T-Mobile call record shows the only incoming call was from the Child Care provider, proving Mr. Nellom did not **Speak to**, nor receive any call from any DHS official on June 15, 2011.

**WHEREFORE**, for the foregoing reasons the Nellom, and Adams families prays this Honorable Judge will issue a writ of habeas corpus or otherwise appropriate order for immediate hearing requiring the presents of the listed parties to dispose of this matter.

Respectfully submitted,

Frank Nellom, pro se

Dated:  July 26, 2011

Case ID: 110702621

Control No.: 11072830

## VERIFICATION

I, Frank Nellom, certify that the statements made in the foregoing Emergency Petition for Writ of Habeas Corpus, Dependency Petition Exhibit A, and T-Mobile record of calls from June 14, 2011 to June 16, 2011, attached thereto as Exhibit B is a copy of the original record that can be viewed online are true and correct to the best of my knowledge, information and belief. This statement is made subject to the penalties of 18 Pa.C.S. § 4904. Relating to unsworn falsification to authorities.

Frank Nellom, pro se

Dated: __July 26, 2011__

4

Case ID: 110702621
Control No.: 11072830

## AFFIDAVIT OF SERVICE

I, Frank Nellom, hereby certify that the foregoing Emergency Petition for writ of habeas corpus was duly served upon the parties in manner and date indicated below which service satisfies the requirements of Pa. Rule 422.

Service upon Defendants, and other none parties listed below was made by handing a copy over to an agent or other employee at their place of business as follows:

Barbara A. Ash-Chief Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th-17th Floors
Philadelphia, PA 19102-1595
215-683-5138-Phone
215-683-5162-Fax
barbara.ash@phila.gov

Anne Marie Ambrose-Commissioner
Department of Human Services
1515 Arch Street
Philadelphia, PA 19102
215-683-6000
AnneMarie.Ambrose@phila.gov

Nidera Ransom, Employee
Pumpkin Play House Child Care
26 E. Logan Street
Philadelphia, PA 19144
215-438-1003-Phone
215-438-3948-Fax

Paul J. Stacom, Esquire
Two Penn Center, Suite 200,
Philadelphia, PA 19102
(267) 496-0358-Phone
(610) 277-2512-Fax
Stacomlaw@aol.com

Tara Amoroso, attorney
Defender Association
1441 Samson Street
Philadelphia, PA 19102
267-765-6813
TAmoroso@philadefender.org

Alice Keenan, attorney
Defender Association
1441 Samson Street
Philadelphia, PA 19102
267-765-6658
AKeenan@philadefender.org

Lindsey Dobeck
A Second Chance, Inc.
1341 N. Delaware Avenue, Suite 101
Philadelphia, PA 19125
215-564-0790

Frank Nellom, pro se

Dated: __July 26, 2011__

5

Case ID: 110702621
Control No.: 11072830

## STATEMENT OF FACTS

a. This petition is filed pursuant to an Order of Protective Custody (OPC) obtained by the Department of Human Services (DHS) on June 15, 2011.

b. On June 15, 2011, DHS received a General Protective Services (GPS) report which alleged that Jaden and Julian's mother, Tenisha Nellom, left the children at a daycare provider at 11:30 A.M. on June 14, 2011; that Ms. Nellom contacted the provider via telephone at approximately 11:51 P.M. to inform the provider that she was en route to retrieve the children; and that several hours later, Ms. Nellom had not arrived to retrieve her children. The report further alleged that Jaden and Julian's maternal grandfather, Frank Nellom, was contacted; however, he refused to retrieve the children; that the Philadelphia Police Department was contacted; and that the police officers went to Ms. Nellom's home and no one answered the door. The report is pending determination.

c. On June 15, 2011, the Philadelphia Police Department transported the children to DHS. DHS learned that Ms. Nellom had informed the staff at the daycare center that she was going to a graduation and that she was not working that day.

d. On June 15, 2011, DHS spoke to the children's maternal grandfather, Frank Nellom. He was unwilling to provide care for the children. The whereabouts of Ms. Nellom were unknown to DHS at that time.

e. On June 15, 2011, DHS obtained an OPC and placed the children in foster care through Delta Community Supports, where they currently remain.

f. At the shelter care hearing held on June 16, 2011, the OPC was lifted and the temporary commitment to DHS was ordered to stand. The adjudicatory hearing is scheduled on June 24, 2011, in Courtroom H.

g. DHS has determined that there is sufficient basis to find that aggravated circumstances exist pursuant to 42 PA. C.S.&6302 (aggravated circumstances (5)).

h. On March 22, 2002, the parental rights of Tenisha Nellom to Ethan Nellom were involuntarily terminated.

i. The identity and whereabouts of Jaden and Julien's father are unknown to DHS.

j. DHS is recommending that the children be committed to the City of Philadelphia Department of Human Services.

Page 8 of 8

Exhibit A

Case ID: 110702621

Control No.: 11072830

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY ~~FILED~~ ~~FAMILY COURT~~

CLERK OF FAMILY COURT

2011 JUN 17 PM 4:52

FAMILY COURT DIVISION

JUVENILE BRANCH

In the Interest of: Jaden Nellom

Docket No.: CP-51-DP-0001208-2011

FID: 51-FN-337903-2009

J#: 337903

D#

## DEPENDENCY PETITION

### SUMMONS-HEARING INFORMATION-IMPORTANT

### CITACIÓN-INFORMACIÓN DE AUDIENCIA-IMPORTANTE

YOU ARE HEREBY DIRECTED BY THE COURT TO APPEAR AT A HEARING ON THE FOLLOWING DATE TO RESPOND TO THE ENCLOSED PETITION:

POR LA PRESENTE USTED ESTÁ OBLIGADO POR LA CORTE PARA APARECER EN UNA AUDIENCIA EN LA FECHA SIGUIENTE PARA RESPONDER A LA PETICIÓN QUE SE ADJUNTA:

**PRE-HEARING CONFERENCE:** Friday, June 24, 2011 12:00 PM
CONFERENCE ROOM/SALA 310

HEARING: COURTROOM H Friday, June 24, 2011 12:30 PM
FAMILY COURT/LA CORTE DE LA FAMILIA
1801 VINE STREET
PHILADELPHIA, PA 19103

A Pre-Hearing Conference will be held on the date, time, and place listed above. The purpose of the pre-hearing conference is to discuss the information in the attached petition and to decide what services, if any, are needed for you and your children.

The pre-hearing conference is a very important way for you and the other parties to work together to plan for your child. **If you do not attend the pre-hearing conference, decisions about your child may be made without you.**

The court will appoint a lawyer to represent you at the pre-hearing conference and at all hearings held for your child in Family Court. The court will send you a letter to tell you the name and telephone number of your lawyer. Your lawyer will contact you to help you prepare for the pre-hearing conference.

**Failure to appear at this hearing may result in the issuance of a bench warrant for your arrest.**

DHS#: 249671B

6/23/11

267-331-8794  1 40 three
pm three

Page 1 of 8 . faxing

Case ID: 110702621

Control No.: 11072830

1. Petitioner, the City of Philadelphia Department of Human Services, is the local government agency responsible for the care and supervision of dependent children in Philadelphia, Pennsylvania.

2. The above-named juvenile is a dependent child under the provisions of the Pennsylvania Juvenile Act, 42 Pa.C.S. §§6301-6365. It is in the best interests of this child and the public that this petition be filed with the Court.

3. Petitioner has made reasonable efforts to prevent placement of this minor child.

4. This petition is filed at the same time as petitions for 1 sibling(s): Julien Nellom.

5. This child is currently in the legal custody of DHS.

6. Upon information provided by the social worker, this child is dependent and/or abused pursuant to the Juvenile Act (42 Pa.C.S. §6302 (Dependent Child)(1,3)) and/or the Child Protective Services Law (23 Pa.C.S. §6303(b)(1)) in that:

## SEE ATTACHED STATEMENT OF FACTS

7. The following services and/or referrals have been offered, provided and/or considered to enable the parent to care for this child: Community-based prevention services. In-Home services will not reasonably eliminate the risk of harm to the child because the mother abandoned the child, and the father's identity and whereabouts are unknown to DHS.

8. Pre-Dispositional Statement pursuant to Pa. R.J.C.P. Rule 1511:

Petitioner hereby recommends the following disposition:

Child to be committed to the City of Philadelphia Department of Human Services

Page 2 of 8

Case ID: 110702621
Control No.: 11072830

## NOTICE

1. The Department of Human Services has filed the attached petition in Family Court. If you fail to come to the hearing on this petition, you may lose legal custody of your child or children. You also may be arrested and brought to Court by a Sheriff if you do not come to the first hearing. You have the right to have a lawyer to represent you and if you are indigent and cannot afford counsel the Court will appoint counsel for you. If you want to find a lawyer, you may telephone Community Legal Services, Inc. at (215) 981-3765, or Lawyer Referral and Information Service at (215) 238-1701.

2. At the court hearing, visitation shall be discussed, and where appropriate, arranged between you and the children. If the court finds that visits pose a grave threat to the child, are inconsistent with the placement goal, or are not in the best interest of the child, visitation may not be granted.

## AVISO

1. El Departmento de Servicios Humanos ha solicitado la petición adjunta en la Corte de la Familia. Si usted no cumple con venir a la audiencia acerca de esta petición usted puede perder la custodia legal de su niño o niños. Tambien usted puede ser traído a la corte por el Alguacil si usted no cumple con venir a la audiencia. Usted tiene el derecho de solicitar a un abogado que lo represente. Si usted necesita un abogado usted puede comunicarse con Servicios Legales de la Comunidad, Inc. al (215) 981-3765 o al Servicio de Referencia de Abogados al (215) 238-1701.

2. En la audiencia en la corte se hablará sobre las visitas, y se harán los arreglos apropiados entre usted y los niños. Si la corte encuentra que las visitas presentan una seria amenaza para los niños, son contradictorias con la meta de la colocación, o no son lo mejor para los niños, es posible que no se otorguen las visitas.

Page 3 of 8

Case ID: 110702621
Control No.: 11072830

## AFFIDAVIT OF SERVICE

A copy of this petition was served on the following person(s) via first class United States mail, and certified mail, return receipt requested:

| | | | |
|---|---|---|---|
| Mother:<br>Address: | ~~Tonisha Nellom~~<br>~~450 E. Mechanic Street~~<br>Philadelphia, PA 19144 | Return Receipt#: | 7011 0470 0000 5033 9822 |
| Child:<br>Address: | Jaden Nellom<br>Delta Community Supports<br>foster home | Return Receipt#: | 7011 0470 0000 5033 9846 |

A copy of this petition was served on the following persons via first class United States mail:

| | |
|---|---|
| Counsel for Mother<br>Address: | ~~Paul Stacom, Esquire~~<br>~~Two Penn Center, Ste. 200~~<br>~~Philadelphia, PA 19107~~ |
| Counsel for Child<br>Address: | Defender Association of Philadelphia, Child Advocacy Unit<br>1441 Sansom Street, 9th Fl.<br>Philadelphia, PA 19102 |

Barbara A. Ash
Chief Deputy City Solicitor

Date: 06/17/2011

*page 4 of 8*

PETITIONER:
City of Philadelphia
Department of Human Services
1515 Arch Street
Philadelphia, PA 19102
BY:
City of Philadelphia Law Department
1515 Arch Street, 16th Floor
Philadelphia, PA 19102-1595
(215) 683-5135

## IN THE COURT OF COMMON PLEAS
## OF PHILADELPHIA COUNTY
## FAMILY COURT DIVISION
## JUVENILE BRANCH

In the Interest of: Jaden Nellom  :  Docket No.: CP-51-DP-0001208-2011
DOB: 03/24/2008, a minor.  :  FID: 51-FN-337903-2009
  :  D#
Address: DHS, 1515 Arch Street  :  J#: 337903
Philadelphia, PA 19102  :  Filing Date: 06/17/2011

SUMMARY ALLEGATIONS:

Sex: Male                                            School: n/a
Race: Black                                          Child Lives With: mother
Native American History or Affiliation: N/A
Hispanic: N/A
Religion: unknown                                    Marital Status of Parents: Unknown
Mother's Name: Tenisha Nellom                        Telephone No.: (267) 579-6661
Address: 450 E. Mechanic Street
Philadelphia, PA 19144
Father's Name: unknown unknown                       Telephone No.: N/A
Address: Unknown

Guardian's Name: N/A                                 Telephone No.: N/A
Address: N/A
Nearest Adult Relative: N/A
Address of Nearest Adult Relative: N/A
Nature of Alleged Dependency: 42 Pa.C.S. §6302 (Dependent Child)(1)
Taken Into Custody By: DHS
Date and Time Taken Into Custody: Wednesday, June 15, 2011 5:00 AM
DHS Social Work Services Staff: Dawn Williams-Jones        Telephone No.: (215) 683-6857
Location of Child at Filing: Delta Community Supports
Child is currently under supervision of the county agency

*page 5 of 8*

Case ID: 110702621
Control No.: 11072830

WHEREFORE, Petitioner prays this Honorable Court adjudicate this child dependent and order the disposition best suited to the welfare of the child.

WHEREFORE, Petitioner prays this Honorable Court determine that aggravated circumstances exist.

WHEREFORE, Petitioner prays this Honorable Court determine whether reasonable efforts to prevent or eliminate the need for removing the children from the home or to preserve and reunify the family shall be made or continue to be made.

Case ID: 110702621
Control No.: 11072830

Petitioner, the City of Philadelphia Department of Human Services by and through its counsel, the City of Philadelphia Law Department, verifies that the statements made in this petition are true and correct to the best of Petitioner's knowledge, information, and belief and that Petitioner is aware that false statements contained herein are made subject to penalties of 18 Pa. C.S. §4904.

Respectfully Submitted,

Barbara A. Ash
Chief Deputy City Solicitor
Attorney Identification No. 37301
City of Philadelphia Law Department
1515 Arch Street, 16th Floor
Philadelphia, PA 19102
(215) 683-5135 (phone)
(215) 683-5162 (fax)

Dated: 06/17/2011
CG/PG
mys

page 7 of 8

Case ID: 110702621
Control No.: 11072830

| 6/14/2011 | Phila, PA | 7:02 PM | 267-206-4643 | (F) | 1 | - | - | - |
| 6/14/2011 | Vm Retrieval | 10:38 PM | 123 | (G) | 1 | - | - | - |
| 6/14/2011 | Vm Retrieval | 10:39 PM | 123 | (G) | 1 | - | - | - |
| 6/14/2011 | Phila, PA | 10:39 PM | 267-650-0408 | | 3 | - | - | - |
| 6/15/2011 | Incoming | 3:15 AM | 215-438-1003 | | 2 | - | - | - |
| 6/15/2011 | Phila, PA | 3:18 AM | 267-579-6661 | | 1 | - | - | - |
| 6/15/2011 | Phila, PA | 11:13 AM | 267-579-6661 | | 2 | - | - | - |
| 6/15/2011 | Hatboro, PA | 11:18 AM | 215-675-8206 | | 4 | - | - | - |
| 6/15/2011 | Phila, PA | 11:22 AM | 215-554-7183 | | 1 | - | - | - |
| 6/15/2011 | Phila, PA | 11:23 AM | 215-438-1003 | | 1 | - | - | - |
| 6/15/2011 | Phila, PA | 11:24 AM | 215-888-6527 | | 2 | - | - | - |
| 6/15/2011 | Phila, PA | 1:02 PM | 215-554-7183 | | 1 | - | - | - |
| 6/15/2011 | Phila, PA | 1:42 PM | 215-888-6527 | | 1 | - | - | - |
| 6/15/2011 | Phila, PA | 1:43 PM | 215-554-7183 | | 2 | - | - | - |
| 6/15/2011 | Phila, PA | 2:13 PM | 215-888-6527 | | 1 | - | - | - |
| 6/15/2011 | Phila, PA | 2:14 PM | 215-554-7183 | | 2 | - | - | - |
| 6/15/2011 | Phila, PA | 2:18 PM | 215-888-6527 | | 1 | - | - | - |
| 6/15/2011 | Phila, PA | 8:08 PM | 267-206-4643 | (F) | 6 | - | - | - |
| 6/15/2011 | Phila, PA | 8:14 PM | 215-554-7183 | | 2 | - | - | - |
| 6/15/2011 | Phila, PA | 9:24 PM | 215-554-7183 | | 1 | - | - | - |
| 6/15/2011 | Phila, PA | 10:00 PM | 267-206-4643 | (F) | 3 | - | - | - |
| 6/15/2011 | Incoming | 11:10 PM | 215-554-7183 | | 2 | - | - | - |
| 6/16/2011 | Phila, PA | 9:17 AM | 215-560-5713 | | 2 | - | - | - |



Exhibit B

Case ID: 110702621
Control No.: 11072830

 Gmail                                    Frank Nellom <1franknellom@gmail.com>

# Meeting to discuss contact with Jaden N.
2 messages

**Carolyn R Alexander** <Carolyn.R.Alexander@phila.gov>          Fri, Mar 4, 2022 at 8:54 AM
To: "nishanellom76@gmail.com" <nishanellom76@gmail.com>, "1franknellom@gmail.com"
<1franknellom@gmail.com>

**Friday * March 4, 2022**

**Good Morning.**

**We would like to schedule a meeting with you and Jaden's legal team to discuss how 'formal' contacts could be arranged.**

**Jaden, reached out to you, upon locating you on social media.   It is for Jaden's emotional well being that we are willing to reach out to his biological family to discuss re-connections, in a positive way.**

**I have contacted the other parties to obtain the best date/time, to offer a 'in-person' meeting with you.**

**DATE:   MARCH  16, 2022   *  WEDNESDAY**

**TIME:    12:30pm**

**PLACE:   DHS Meeting Room * 1515 Arch St. Phila., PA 19102 [ client entrance-1st. floor]**

**Please let me know if you will be able to attend, as soon as possible.   Thank you for your cooperation.**

**Carolyn Alexander**

**DHS PERMANENCY UNIT**

**1515 Arch St. * Phila., PA 19102**

**E: carolyn.r.alexander@phila.gov**

**DHS CELL:  267 – 734- 4896**

---

**Frank Nellom** <1franknellom@gmail.com>                    Fri, Mar 4, 2022 at 11:08 AM
To: Carolyn R Alexander <Carolyn.R.Alexander@phila.gov>
Cc: "nishanellom76@gmail.com" <nishanellom76@gmail.com>

Please see attached.
[Quoted text hidden]

---

📄 **3-4-22 Notice to Alexander.pdf**
34K

**IN THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**CIVIL TRIAL DIVISION**

*Filed and Attested by the Office of Judicial Records 13 MAR 2022 08:46 pm T. FOBBS*

| | | |
|---|---|---|
| **Frank Nellom,** | : | |
| **Petitioner,** | : | |
| | : | **Civil Action-Law** |
| **vs.** | : | |
| | : | |
| **Carolyn Alexander,** | : | |
| **DHS Permanency Unit,** | : | |
| **Respondent,** | : | **No. _____** |

**ORDER**

AND NOW, this, <u>14th</u>, day of <u>March</u>, 2022, upon consideration of the

Petitioner Frank Nellom, Emergency Petition for Writ of Habeas Corpus, it is hereby

**ORDERED** and **DECREED**:

    1. Said petition is Granted;

    2.  Carolyn Alexander is required to appear with Jaden and Julian Nellom and

their case records for hearing on March 15,  2022, at _____AM. Courtroom _____.

                                        **BY THE COURT:**

                                        _____

                                        **DANIEL J. ANDERS, J.**

**IN THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**CIVIL TRIAL DIVISION**

| | | |
|---|---|---|
| **Frank Nellom,** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION-LAW** |
| | : | |
| **Carolyn Alexander,** | : | |
| **DHS Permanency Unit,** | : | |
| **Respondents,** | : | No. _____ |

<u>**Emergency Petition For Writ of Habeas Corpus**</u>

**To the honorable Daniel J. Anders:**

Petitioner, Frank Nellom, grandfather of Jaden and Julian Nellom moves on their behalf pursuant to **23 Pa.C.S. § 5324. (3)** A grandparent of the child. **(i)** relationship with the child began with consent of both parents and child. **(ii)** demands responsibility for the child. **(iii)** when one of the following conditions is met: **(A)** child is dependent child under **42 Pa.C.S. § 6301. (b)(1.1)** To provide for the care, protection, safety and wholesome mental and physical development of children coming within the provisions of this chapter. Jaden suffering severe injury of broken bones in violation demands inquiry.

<u>**Jurisdiction**</u>

**1.** This Court has jurisdiction pursuant to 42 Pa. C.S. § 6503.(a) General rule. Except as provided in subsection (b), an application for habeas corpus to inquire into the cause of detention may be brought by or on behalf of any person restrained of his liberty within this Commonwealth under any pretense whatsoever. Here, Jaden and Julian Nellom were denied due process of 42 Pa.C.S. § 6301.(b)(1). "To preserve the unity of the family whenever possible." Has resulted in physical and emotional injury.

Case ID: 220301312
Control No.: 22032647

**Parties**

2. Petitioner, Frank Nellom, address 1410 72nd Avenue, Apt 314 ,Philadelphia, PA 19126, Phone 267-225-5684. Email: franknellom@outlook.com.

3. Respondent, Carolyn Alexander, DHS Permanency Unit 1515 Arch Street, Philadelphia, PA 19102, Phone:  267-734-4896. Email: carolyn.r.alexander@phila.gov.

**Statement of the Case**

4.  Grandsons Jaden, and Julian Nellom were taken by DHS from their mother my daughter Tenisha Nellom in 2012.

5. Despite the grandfather of Jaden and Julian having fifteen biological, and six step brothers and sisters with three generations of family. Nellom name search on Facebook produced eight (8) pages listing over fifty (50) of their biological family members. **(Exhibit A)**. Fact none were ever contacted to adopt them. Establish intent to prevent. In violation of 42 Pa.C.S. § 6301.(b)(1). That require contact with all known family of children be demonstrated of record.

6. DHS instead paid people to pretend to be family to Jaden and Julian. Establish their physical and emotional injury realized by being deliberately deprived of contact with their family all these years in violation of law.

7.  On February 20, 2022, Jaden was finally able to reach out to fulfill the purpose of 42 Pa.C.S. § 6301.(b)(1). "To preserve the unity of the family whenever possible." **(Exhibit B)**.

8. Jaden reaching out to state suffering severe assault resulting in broken bones. **(Exhibit C)**. Warrants inquiry as to whether DHS violated 42 Pa.C.S. § 6301.(b)(1.1). To

Case ID: 220301312
Control No.: 22032647

provide for the care, protection, safety and wholesome mental and physical development of children.

**9.**  Carolyn Alexander DHS Permanency Unit offering visitation after all these years following this injury is compelling evidence of guilt. **(Exhibit D)**.

**10.** 42 Pa.C.S. § 6301.(b)(1)  **To preserve the unity of the family whenever possible** or to provide another alternative permanent family when the unity of the family cannot be maintained. Impose the duty upon DHS to place the reputation of family at stake. By creating a record of each member that refused to adopt Jaden and Julian.

**11.** Facts demonstrate DHS policy that deliberately denied Jaden, Julian, and family members knowledge they could adopt their family members.

**Wherefore,** Carolyn Alexander must appear with Jaden and Julian Nellom, and their case records at hearing on March 15, 2022.

Respectfully submitted,

Frank Nellom
1410 72nd Avenue, Apt 314
Philadelphia, PA 19126
267-225-5684
franknellom@outlook.com

Dated: March 13, 2022

## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

| | | |
|---|---|---|
| **Frank Nellom,** | : | |
| **Petitioner,** | : | |
| | : | |
| **vs.** | : | **CIVIL ACTION-LAW** |
| | : | |
| **Carolyn Alexander,** | : | |
| **Respondent,** | : | **Case No. _____** |

### <u>VERIFICATION</u>

I, Frank Nellom, hereby certify that the statements made in the foregoing Emergency Petition for Writ of Habeas Corpus and (Exhibits A-D) attached thereto are true and correct to the best of my knowledge, information, and belief. Subject to the penalties relating to unsworn falsification to authorities. 18 P.a. C.S. **§ 4904.**

_____
Frank Nellom
1410 72nd Avenue, Apt 314
Philadelphia, PA 19126
267-225-5684
franknellom@outlook.com

Dated: <u>March 13, 2022</u>

## IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

Frank Nellom,      :
    Petitioner,   :
            :
    vs.      :   **CIVIL ACTION-LAW**
            :
Carolyn Alexander,    :
    Respondent,  :   **Case No.** _____

## AFFIDAVIT OF SERVICE

I, Frank Nellom, hereby certify a true and correct copies of the foregoing Emergency Petition for Writ of Habeas Corpus and (Exhibits A-D) was served upon Carolyn Alexander DHS Permanency Unit 515 Arch Street, Philadelphia, PA 19102. Via email: carolyn.r.alexander@phila.gov DHS CELL: 267-734-4896.

_____
Frank Nellom
1410 72nd Avenue, Apt 314
Philadelphia, PA 19126
267-225-5684
franknellom@outlook.com

Dated: March 13, 2022