IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANK NELLOM,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **Case No. 2:22-cv-1092-JDW** |
| | : | |
| **JAMES KENNEY,** *et al.*, | : | |
| Defendants. | : | |

### ORDER

AND NOW, this 15th day of April,22 2022, upon consideration of the Application To Proceed In District Court Without Prepaying Fees Or Costs (ECF No. 4), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Application is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the accompanying Memorandum, the Court determines that the Petition For Writ Of Habeas Corpus (ECF No. 1) fails to state a claim on which relief may be granted and no amendment could cure that failure. Therefore, the Petition is **DISMISSED WITH PREJUDICE**.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**